In the Matter of VILMA SERRA, Petitioner, v EDWIN BENITEZ, Respondent. (Proceeding No. 1.) In the Matter of EDWIN BENITEZ, Respondent, v VILMA SERRA, Appellant. (Proceeding No. 2.) [891 NYS2d 912]

"The extent to which the noncustodial parent may exercise parenting time is a matter committed to the sound discretion of

the hearing court, to be determined on the basis of the best interests of the child" (*Chamberlain v Chamberlain,* 24 AD3d 589, 592 [2005]). The Family Court's determination regarding visitation was not an improvident exercise of its discretion (*cf. Chamberlain v Chamberlain,* 24 AD3d at 592). Covello, J.P., Angiolillo, Balkin and Sgroi, JJ., concur.